FREDERICK L. WHITMER, Esq. FW-8888
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, New York 10036
212.775.8773 (o)
212.775.8821 (f)
Attorneys for Defendant
NBA PROPERTIES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HALL OF FAME SPORTS MEMORABILIA, INC., | : | |
| | : | Civil Action No. 1:19-cv-19176 |
| Plaintiff, | : | STIPULATION EXTENDING TIME |
| v. | : | |
| NBA PROPERTIES, INC., | : | |
| Defendant. | : | |
| | : | |

It is hereby stipulated and agreed between counsel for Plaintiff and Defendant that the time for Defendant NBA PROPERTIES, INC., to answer or otherwise move with respect to the Complaint is extended to and including December 17, 2019. Defendant has sought no previous extensions.

By: /s/ Tracy Zurzolo Quinn
Tracy Zurzolo Quinn, Esq.
HOLLAND & KNIGHT LLP
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Tel. (215) 252-9600
Fax (215) 867-6070
Attorney for Plaintiff

By: /s/ Frederick L. Whitmer
Frederick L. Whitmer, Esq. FW-8888
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas
New York, New York 10036
212.775.8773 (o)
212.775.8821 (f)
Attorneys for Defendant

Dated: November 13, 2019