IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HALL OF FAME SPORTS MEMORABILIA, INC.<br><br>               Plaintiff,<br>   v.<br><br>NBA PROPERTIES, INC., et al.<br><br>              Defendants. | Civil No. 19-19176 (RMB/JS) |

### AMENDED SCHEDULING ORDER

It is this **7th** day of **January, 2020**, hereby **ORDERED**:

1. Due to a scheduling conflict, the initial conference currently scheduled for January 29, 2020 is hereby moved to **January 30, 2020 at 10:00 a.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                              s/ Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge