IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HALL OF FAME SPORTS MEMORABILIA, INC.<br><br>                    Plaintiff,<br>   v.<br><br>NBA PROPERTIES, INC., et al.<br><br>                    Defendants. | Civil No. 19-19176 (RMB/JS) |

**SCHEDULING ORDER**

     This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on January 30, 2020; and the Court noting the following appearances: Tracy Quinn, Esquire appearing for plaintiff; Frederick Whitmer, Esquire appearing on behalf of the defendants

     It is this **30th** day of **January, 2020**, hereby **ORDERED**:

     1.   With the consent of the parties all formal discovery is STAYED pending further Order of the Court.

     2.   The Court will hold an in-person settlement conference on **March 25, 2020**.  The parties shall meet with the Court at 2:00 p.m.  The parties and their clients shall meet in the Judge Joseph Irenas E. Conference Room at 10:00 a.m.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                            s/ Joel Schneider
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge